**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GALINA DEMCHUK**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| GALINA DEMCHUK, | No.   2:16-CV-00977-EFB |
| Plaintiff, | STIPULATION AND  [proposed] ORDER FOR  SECOND EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant._____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 28, 2016.

This is a first extension but after the due-date under the scheduling order.

[Pleading Title] - 1

Dated:  September 6, 2016                                  /s/     *Jesse S. Kaplan*
                                                           JESSE S. KAPLAN
                                                           Attorney for Plaintiff



                                                           PHILLIP A. TALBERT
                                                           United States Attorney
                                                           DEBORAH LEE STACHEL
                                                           Regional Counsel, Region IX
                                                           Social Security Administration

Dated:  September 6, 2016                                   */s/ per e-mail authorization*

                                                           JEFFREY CHEN
                                                           Special Assistant U.S. Attorney
                                                           Attorney for Defendant


## **ORDER**


On the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 28, 2016.

SO ORDERED.

Dated:  November 17, 2016.

                                                           _____
                                                           EDMUND F. BRENNAN
                                                           UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2