PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GALINA DEMCHUK, | Civil No. 2:16-cv-00977-EFB |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days from today to file her MSJ. Defendant apologizes for improperly calendaring this case and respectfully requests this additional time because he has a very heavy workload, and because of an upcoming family vacation to Taiwan that will result in an absence from the office from Monday, February 27 through Friday, March 17, 2017.


Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Wednesday, March 26, 2017.

                        Respectfully submitted,

Date: *February 27, 2017*        LAW OFFICES OF JESSE S. KAPLAN

                   By:   */s/ Jesse Kaplan**
                             JESSE KAPLAN
                             * *By email authorization on Feb. 27, 2017*
                             Attorney for Plaintiff

Date: *February 27, 2017*        PHILIP A. TALBERT
                             United States Attorney

                   By:   */s/ Jeffrey Chen*
                             JEFFREY CHEN
                             Special Assistant United States Attorney
                             Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: February 27, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ