PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GALINA DEMCHUK, | ) Civil No. 2:16-cv-00977-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| | ) **FOR A SECOND EXTENSION OF TIME** |
| v. | ) **FOR DEFENDANT TO FILE HER MSJ** |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days from today to file her MSJ. Defendant apologizes for improperly calendaring this case and respectfully requests this additional time because he has a very heavy workload, including an upcoming Ninth Circuit case that requires briefing within the next two weeks as well as four other briefs in District Court.

Stip. to Extend Def.'s MSJ

    The new due date for Defendant's MSJ will be Thursday, June 1, 2017.

                                     Respectfully submitted,

Date: *May 2, 2017*                LAW OFFICES OF JESSE S. KAPLAN

                            By:    */s/ Jesse Kaplan\**
                                    JESSE KAPLAN
                                    *\* By email authorization on May 2, 2017*
                                    Attorney for Plaintiff

Date: *May 2, 2017*                PHILIP A. TALBERT
                                     United States Attorney

                            By:    */s/ Michael K. Marriott*
                                    MICHAEL K. MARRIOTT
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

                                       <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: May 3, 2017.               _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ