**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GALINA DEMCHUK**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **GALINA  DEMCHUK,** | No.   2:16-CV-00977-EFB |
| **Plaintiff,** | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys and with the permission of the Court, that plaintiff's time to file a reply brief is extended from June 22 to June 26, 2017.

[Pleading Title] - 1

Dated:   June 7, 2017                    /s/    Jesse S. Kaplan
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff


                                        PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Counsel, Region IX
                                        Social Security Administration

Dated: June 7, 2017                      /s/ per e-mail authorization

                                        MICHAEL MARRIOTT
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to June 26, 2017 and the reply brief is deemed timely filed.

SO ORDERED.

Dated: June 27, 2017.
                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE