**JESSE S. KAPLAN   CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**GALINA DEMCHUK**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | | |
|---|---|---|
| **GALINA DEMCHUK,** ) | No.  2:16-cv-000977-EFB | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | **STIPULATION AND** | |
| **v.** ) | ~~**PROPOSED**~~ **ORDER** | |
| ) | **APPROVING SETTLEMENT** | |
| **Nancy Berryhill,** ) | **OF ATTORNEY FEES UNDER** | |
| **ACTING COMMISSIONER OF SOCIAL** ) | **THE EQUAL ACCESS TO** | |
| **SECURITY,** ) | **JUSTICE ACT** | |
| ) | **[28 U.S.C. §2412(d)]** | |
| **Defendant.** ) | | |
| ) | | |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the

Court, that plaintiff be awarded attorney fees in the amount of Four Thousand Dollars

($4,000.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no

award of costs. This will represent compensation for all legal services rendered by counsel for

plaintiff in this civil action and in accordance with that statute.

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated:  January 2, 2018               */s/  Jesse S. Kaplan*

JESSE S. KAPLAN
Attorney for Plaintiff

Dated: January 2, 2018              */s/ per email authorization*

JEFFREY CHEN
Special Assistant U.S. Attorney
Attorney for Defendant

# ORDER

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that defendant pay plaintiff's attorney fees in the amount of $4,000 pursuant to the *EAJA* in accordance with this stipulation.

DATED:  January 8, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE